STITSON v. THE BOARD OF COMMISSIONERS OF LAWRENCE COUNTY.

From the Lawrence Common Pleas.

*F. Wilson, A. C. Voris, A. B. Carlton, A. D. Lemon,* and *H. F. Cook,* for appellant.

*E. D. Pearson,* for appellee.

PETTIT, J.—The transcript in this case has no marginal notes, as required by rule 19, 32 Ind. For this neglect the submission would be set aside. There is no seal to the bundle of papers which purport to be a record, and for want of a seal the case must be dismissed. One court cannot speak or make known its actions to another court except by its seal.

The appeal is dismissed, at the costs of the appellant.